UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:12--00040 |
| ) | Magistrate Bryant |
| ) | Judge William J. Haynes, Jr. |
| JOHN WESLEY NEWELL ) | |
| Defendant. ) | |

**MOTION FOR PERMISSION FOR DEFENDANT TO POSSESS
IPOD FOR PURPOSES OF REVIEWING EVIDENCE**

Comes now the Defendant, John Newell, by and through counsel, and respectfully requests that the Court provide permission for the Defendant to possess an Ipod for purposes of reviewing the evidence provided in discovery. The Defendant is presently housed at the Robertson County Detention Facility. He has been informed that the facility has no objection to the Defendant having an Ipod to be provided by his attorney but requires a Court order giving permission. Defendant would show the Court that his use of an Ipod for purposes of reviewing evidence is reasonable and necessary for his trial preparation and to assist his attorney.

*[signatures]*

5-3-13